

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-14-00259-CV |
| | § | |
| | | Appeal from |
| IN THE MATTER OF THE ESTATE OF | § | |
| | | Probate Court No. 1 |
| TRAVIS B. KIRCHNER, DECEASED. | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2014-CPR-01539) |
| | § | |

### J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF FEBRUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.